IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The Standard Fire Insurance Company, | : |
| Plaintiff, | : Case No. 1:15-cv-805 |
| v. | : Judge Susan J. Dlott |
| Dan Zeisler, | : Order |
| Defendants. | : |

This matter is before the Court on Plaintiff's Motion to Strike Defendant's Proposed Undisputed Facts or in the Alternative for an Allowance of 14 Days in Which to File Response (Doc. 75). On January 26, 2018, Defendant untimely filed Proposed Undisputed Facts (Doc. 74) to support its pending Motion for Summary Judgment.

A party moving for summary judgment is required under this Court's **Standing Order on Civil Procedures** to file Proposed Undisputed Facts and the party opposing summary judgment to file a Response thereto. This is required to help the parties and the Court narrow the disputed issues of fact and to facilitate a speedy resolution of summary judgment motions. Accordingly, the Court will not strike Defendant's Proposed Undisputed Facts.[1] Plaintiff's Motion is **GRANTED IN PART** insofar as Plaintiff is given fourteen (14) days from the date of this Order to file a Response to the Proposed Undisputed Facts which complies with the Court's Standing Order on Civil Procedures.

---

[1] In addition to filing the Proposed Undisputed Facts late, Defendant failed therein to identify citations to documents and exhibits previously filed with the Court by their CM/ECF document number and PageID number. The parties are advised that the Court will strike future filings that do not comply with the Court's Standing Order on Civil Procedures.

IT IS SO ORDERED.

Dated this 30th day of January, 2018.

BY THE COURT:

_____
Susan J. Dlott
United States District Judge